SWIFT COUNTY BANK v. COUNTY OF TRAVERSE.[1]

March 13, 1925.

No. 24,113.

**Case followed.**
    Case covered by decision in Swift County Bank v. County of Traverse, supra, page 258.

PER CURIAM.

The facts in the case are similar to those in the case of Swift County Bank v. County of Traverse, supra, page 258. No question is presented not disposed of in that opinion. For the reasons therein stated the order appealed from must be and is affirmed.